## Minutes of the United States District Court
### Southern District of California
### DECEMBER 11, 2007

**HON. CATHY ANN BENCIVENGO**     **DEPUTY CLERK: L. HERNANDEZ**

---

TAPE NO. CAB07-9:41-9:42

| | | | |
|---|---|---|---|
| 07MJ2624-CAB | USA | vs. | JOSE MANUEL LOPEZ PEREZ (1)(C) **05654298** |

MARTHA HALL, CJA (1)

REMOVAL/IDENTITY
HEARING

AUSA: MARK CONOVER

---

DFT WAIVES REMOVAL/IDENTITY HEARING;
WAIVER FILED
COURT ORDERS DFT REMOVED TO CENTRAL DISTRICT OF CALIFORNIA;
WARRANT OF REMOVAL ISSUED TO USM